IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ROY RICHARDS<br><br>Defendant. | Case No. 4:18-CR-140-BLW<br><br>**ORDER** |

The defendant has filed a motion to suppress. The motion seeks to suppress evidence that might form the basis for the charges in this case. Accordingly, the motion must be resolved before trial and there is excludable time between the date of its filing and a reasonable time for its prompt resolution. *See* 18 U.S.C. §3161(h)(1)(D); *United States v. Tinklenberg* 131 S.Ct. 2007 (2011).

Trial is presently set for November 5, 2018. But the briefing on the motion to suppress will not be completed until that time, and the Court cannot hold a hearing until November 19, 2018, and will need additional time to render a decision. The Court finds that setting trial on January 7, 2019, will provide a reasonable time to hear and resolve the motion.

The Court finds that the period of delay between the filing of the motion to suppress (docket no. 26) and the resolution of the motion is excludable time under 18

**Order - 1**

U.S.C. § 3161(h)(1)(D). Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date of November 5, 2018, is VACATED, and that a new trial date be set for **January 7, 2019, at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on **December 27, 2018,** at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that all pretrial motions shall be filed on or before **December 7, 2018.**

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to suppress (docket no. 26), and the resolution of the motion within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that a hearing shall be held on the motion to suppress on **November 19, 2018,** at 2:30 p.m. before Judge Winmill in the Federal Courthouse in Pocatello, Idaho.



DATED: **October 25, 2018**

B. LYNN WINMILL
Chief Judge
United States District Court